IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: Gold King Mine Release in San Juan County, Colorado on August 5, 2015<br><br>*This Document Relates to:*<br>*All Cases* | No. 1:18-md-02824-WJ |

**MOTION FOR A STAY OF MONTHLY STATUS CONFERENCE
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of the Federal Defendants' participation in the Special Master's monthly status conferences as set forth in the Order Regarding November 5, 2017 Status Conference, ECF 125, including the status conference rescheduled for January 4, 2019, in the above-captioned case.

1.  At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the U.S. Environmental Protection Agency. The Department does not know when funding will be restored by Congress.

2.  Absent an appropriation, Department of Justice attorneys and employees of the U.S. Environmental Protection Agency are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.  Undersigned counsel for the Department of Justice therefore requests a stay of the Federal Defendants' participation in the Special Master's monthly status conferences, including the status conference rescheduled for January 4, 2019, until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Special Master as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.      Opposing counsel do not oppose the Government's motion. The State of Utah clarifies that it does not object to the motion "assuming that a continuing appropriation is not approved" before the January 4, 2019, status conference.

Therefore, although we greatly regret any disruption caused to the Special Master, and the other litigants, the Government hereby moves for a stay of the Federal Defendants' participation in the Special Master's monthly status conferences in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: December 26, 2018              Respectfully Submitted

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

THOMAS G. WARD
Deputy Assistant Attorney General
Torts Branch

J. PATRICK GLYNN
Director, Torts Branch

CHRISTINA M. FALK
Assistant Director

ADAM BAIN
Senior Trial Counsel
SARAH B. WILLIAMS
MICHAEL L. WILLIAMS
DAVID HAMMACK
Trial Attorneys

*/s/ Albert K. Lai*
ALBERT K. LAI
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Environmental Torts Section
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
Email: Albert.Lai@usdoj.gov
Telephone: (202) 616-4223
Facsimile: (202) 616-4989

JOHN C. ANDERSON
United States Attorney
ROBERTO D. ORTEGA
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

BRIAN H. LYNK
ALAN GREENBERG
MEGHAN GREENFIELD
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-6187
Fax: (202) 514-8865
brian.lynk@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 26, 2018, I filed the foregoing document electronically through the CM/ECF system, which caused the parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                         */s/ Albert K. Lai*
                                         Albert K. Lai
                                         Trial Attorney
                                         U.S. Department of Justice
                                         Civil Division, Torts Branch
                                         Environmental Torts Section