# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE: GOLD KING MINE RELEASE
IN SAN JUAN COUNTY, COLORADO,                    No. 1:18-md-02824-WJ
ON AUGUST 5, 2015

*This Document Relates to:*   No. 1:17-cv-00710-WJ-SCY

## ORDER DENYING SALEM MINERALS, INC. AND SAN JUAN CORP.'S MOTION TO DISMISS AS MOOT

**THIS MATTER** comes before the Court on the Motion under Rule 12, Fed. R. Civ. P., to Dismiss the Complaint on behalf of Defendants Salem Minerals, Inc. and San Juan Corp., Doc. 55, filed August 14, 2018.

Defendants Salem Minerals, Inc. and San Juan Corp. filed a motion to dismiss the claims against them in the Second Amended Complaint, Doc. 6, filed September 26, 2017, in *McDaniel v. United States*, No. 1:17-cv-00710-WJ-SCY. The *McDaniel* Plaintiffs voluntarily dismissed with prejudice their claims against Defendants Salem Minerals, Inc. and San Juan Corp. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *See* Doc. 137, filed November 30, 2018. The Court, therefore, denies Defendants Salem Minerals, Inc. and San Juan Corp.'s motion to dismiss as moot.

**IT IS ORDERED** that the Motion under Rule 12, Fed. R. Civ. P., to Dismiss the Complaint on behalf of Defendants Salem Minerals, Inc. and San Juan Corp., Doc. 55, filed August 14, 2018, is **DENIED as moot.**

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**