# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: Gold King Mine Release in San Juan County, Colorado on August 5, 2015<br><br>*This Document Relates to:*<br>*All Cases* | No. 1:18-md-02824-WJ |

## ORDER RESULTING FROM APRIL 26, 2019 TELEPHONIC STATUS CONFERENCE

This matter came before the Special Master on a telephonic status conference on April 26, 2019, at which all parties were represented by counsel. The parties advised the Special Master that they did meet and confer by telephone but were unable to reach an agreement on whether discovery should proceed on jurisdictional issue before discovery on other issues begins. The Special Master ordered the parties to submit briefs on that issue as well as the phasing of discovery in general. Plaintiffs are to submit one consolidated brief and Defendants are to submit one consolidated brief by May 13, 2019. Supplemental briefs may be submitted by a party if there are unique circumstances that need to be addressed. The briefs are limited to twenty-five pages.

The Special Master also scheduled the next status conference for 9:30 AM on May 31, 2019 in the Nambe Courtroom in the United States Federal District Court, 421 Gold Ave. SW, 2nd Floor, Albuquerque, NM. All counsel must appear in person.

IT IS SO ORDERED.

_____
SPECIAL MASTER HON. ALAN C. TORGERSON